**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Desert Hills Presbyterian Church Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>NCWPCS MPL 28 - Year Sites Tower Holdings LLC,<br><br>    Defendant. | No. CV-24-03698-PHX-MTL<br><br>**ORDER** |

Having received the parties' Stipulation to Extend Deadlines, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 39). The Court's Scheduling Order (Doc. 29) is amended as follows:

(1) The parties shall provide the Court with a status update on the interim agreement negotiations and, if applicable, the status of the repair process on the Church's Memorial Steeple no later than **August 15, 2025.**

(2) The deadline for the parties to respond to already served discovery requests is extended to **October 24, 2025**.

(3) The deadline for the party with the burden of proof on an issue to provide full and complete expert disclosures is extended to **December 5, 2025**.

(4) The deadline for the responding party (not having the burden of proof on an issue) to provide full and complete expert disclosures is extended to **December 19,**

**2025**.

(5) The deadline for rebuttal expert disclosures, if any, is extended to **January 7, 2026**.

(6) The deadline to engage in good faith settlement talks is extended to **January 30, 2026**.

(7) The deadline for dispositive motions and motions challenging expert opinion testimony is extended to **February 6, 2026**.

**IT IS FURTHER ORDERED** reaffirming the Court's Scheduling Order in all other respects.

Dated this 16th day of June, 2025.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge